## Photo Exhibit 1

  

**<u>Photo Exhibit 2</u>**

 



**Photo Exhibit 3**



**Photo Exhibit 3 (cont'd)**



**Photo Exhibit 3 (cont'd)**



**Photo Exhibit 4**






## <u>Photo Exhibit 5</u>



**Photo Exhibit 6**







**Photo Exhibit 7**





**Photo Exhibit 8**





**Photo Exhibit 8 (cont'd)**

**Photo Exhibit 8 (cont'd)**

## TREADMILL BAIT

HERE ARE MANY DIFFERENT TYPES OF BAITS USED TO ENCOURAGE THE DOG TO RUN THE MILL. THE BAITS THAT HAVE HAD THE MOST SUCCESS WITH ARE . . . LIVE CHICKENS, LIVE RABBITS, LIVE RACCOONS, ETC. SOMETHING LIVE WILL ALMOST ALWAYS ENTICE THE DOG TO SPRINT. OTHER BAITS THAT PEOPLE WILL USE CAN BE SQUEAK OYS, HIDES, BATTERY OPERATED PREDATOR BAITS, ANOTHER DOG, OR JUST ABOUT ANYTHING.

HE PROPER WAY TO USE THE BAIT. HAVE THE "CAGED" BAIT ANIMAL ALREADY CLOSE TO THE MILL. YOU DON'T VANT TO PUT THE DOG ON THE MILL AND THEN HAVE TO LEAVE THE BUILDING TO GO GET THE BAIT. PUT THE OG ON THE MILL, AND ALLOW HIM TO START TROTTING FOR 10-15 SECONDS, THEN SHOW HIM THE BAIT. YOU AN MOVE THE BAIT CLOSER OR FARTHER AWAY FROM THE DOG, AND ALSO SHAKE THE BAIT, OR WHATEVER IT AKES TO GET A GOOD FULL SPRINT FROM THE DOG. ALLOW THE DOG TO SPRINT FOR THE 1 MINUTE PERIOD, HEN REMOVE THE BAIT FROM HIS SIGHT, HIDE THE BAIT, ETC. THE PERFECT WORKING DOG WILL THEN FALL NTO A HALF SPEED TROT OR FULL COYOTE TROT AFTER YOU REMOVE THE BAIT. THE OBJECT IS TO KEEP THE DOG NCOURAGED TO RUN THE MILL BY ENTICING HIM WITH THE BAIT . . . AT THE PROPER TIME. USING THE BAIT ORRECTLY TO CONTROL THE DOG'S SPEED IS MORE OF AN ART THAN AN EXACT SCIENCE. MASTERING THIS ART SUALLY COMES AFTER YOU HAVE WORKED SEVERAL DOGS. AFTER THE DOG RECOVERS, SHOW HIM THE BAIT GAIN FOR 1 MINUTE. THEN JUST CONTINUE THIS PROCESS TO GET THE REQUIRED NUMBER OF SPRINTS.

FTER THE SPRINT AND RECOVERY SESSION, HOPEFULLY, YOU'RE DOG WILL CONTINUE TO TROT THE MILL EVEN VITH NO BAIT IN FRONT OF HIM. MOST DOGS WILL. HOWEVER, YOU MAY NEED TO SHOW THE DOG THE BAIT OR JUST A SPLIT SECOND TO KEEP HIM TROTTING THE MILL DURING THE COOL DOWN PERIOD. THIS IS ONCE GAIN, AN ART AND NOT A SCIENCE. THE COOL DOWN PERIOD IS TROTTING ONLY, SO YOU HAVE TO FIGURE OUT WAY TO KEEP HIM TROTTING AND NOT SPRINTING OR STOPPING ALL TOGETHER.

VORKING EXAMPLE: I WORKED A DOG THAT WOULD GO CRAZY OVER A CHICKEN. AT THE BEGINNING OF THE EEP, ALL YOU HAD TO DO WAS SHOW THE DOG THE CHICKEN FROM A FEW FEET AWAY AND HE WOULD RUN OOD SPRINTS. AS THE KEEP PROGRESSED, THE CHICKEN HAD TO BE CLOSER AND CLOSER TO HIS MOUTH IF YOU VANTED HIM TO KEEP RUNNING. AT THE END OF THE KEEP, YOU ALMOST HAD TO PUT THE CHICKEN IN HIS AOUTH TO GET HIM TO RUN AT ALL. THIS WAS NOT AN OVERWORKED DOG. THIS WAS A SMART DOG THAT IGURED OUT HE WASN'T GOING TO CATCH THIS CHICKEN. THESE ARE COMMON OBSTACLES YOU MIGHT RUN NTO DURING THE KEEP. A WAY TO FIX THIS IS TO GET SEVERAL CHICKENS. LET HIM KILL ONE AT THE END OF THE MILL SESSION. IF YOU HAVE TO LET HIM KILL 1 PER WEEK, THEN SO BE IT. YOU HAVE TO KEEP HIM EXCITED AND NCOURAGED TO KEEP WORKING EACH TIME. SOME DOGS ARE SO SMART THAT THEY HAVE TO BELIEVE THERE IS REWARD FOR ALL THEIR HARD WORK. OTHERWISE THEY WILL QUIT ON YOU.

HICKENS, RABBITS, ETC. CAN BE PURCHASED AT FEED STORES ALONG WITH A SMALL CAGE. YOU ALSO NEED OOD, WATER, AND A RABBIT HUTCH OR CAGE TO KEEP THE ANIMAL ALIVE FOR THE KEEP. TIE-CORDS AND TEE EES WORK WELL FOR KEEPING A CHICKEN. I HAVE GOTTEN THE BEST RESULTS WITH CHICKENS. CHICKENS ARE ASY TO HOLD AND HANDLE, AND THEY CAN BE TEASED UP TO FLAP THEIR WINGS AND CLUCK, WHICH WILL SUALLY GET THE DOG EXCITED. THIS CAN HELP YOU IF THE DOG IS GETTING BORED WITH THE ANIMAL AT THE ND OF THE KEEP. RABBITS DON'T MOVE MUCH AND THEY DON'T MAKE NOISE, THEY JUST SIT THERE. RACCOONS N A CAGE CAN BE POKED WITH A STICK AND WILL OFTEN HISS AND SWIPE AT THE CAGE WIRE. THIS IS GOOD FOR EEPING THE DOG EXCITED. SOMETIMES SWITCHING BETWEEN 2 OR 3 DIFFERENT ANIMALS WILL KEEP THE DOG NTERESTED FOR THE ENTIRE KEEP. I WILL USUALLY EXPERIMENT WITH DIFFERENT TYPES OF BAIT DURING THE RE-KEEP TO DETERMINE WHICH WORKS THE BEST. THERE IS THE RARE DOG THAT WILL NOT GET EXCITED ABOUT NYTHING, LIVE OR DEAD, OR EVEN ANOTHER DOG. THIS DOG IS ALMOST IMPOSSIBLE TO WORK. ALWAYS WANT TO MAKE SURE THE DOG WILL WORK IN THE PRE-KEEP BEFORE I GET IN OVER MY HEAD.

**Photo Exhibit 9**









**Photo Exhibit 9 (Cont'd)**









## Photo Exhibit 9 (cont'd)





**Photo Exhibit 9 (cont'd)**



**Photo Exhibit 10**



**Photo Exhibit 11**






**Photo Exhibit 11 (cont'd)**



**Photo Exhibit 12**





## Photo Exhibit 12 (cont'd)





**<u>Photo Exhibit 13</u>**





**Photo Exhibit 13 (cont'd)**



**Photo Exhibit 14**

