To the Honorable Judge Young,

John and I have been together for almost thirteen years now. When John and I first met he had a litter of puppies, and I was so fortunate to keep one of them for myself. Her name was Cupcake. She was a breeding of a female he had raised from a puppy as well. Cupcake was like a human, the most well-behaved dog I've ever encountered. Over two years ago we lost Cupcake to a battle of cancer resulting in us spending over $10,000 to try and save her. I watched John anguish over this to the point where he tried holistic alternatives as well as the vet. He took the loss very hard as she was a huge part of our family.

John is an amazing father. I always tell him that is one of his greatest qualities. His four children are his world. His youngest being our nine-year-old Niamh. She is a daddy's girl through in through. He never misses school events with her classroom and always takes her to all the dances as I work nights. In the past he was her soccer coach, which they both enjoyed so much. They also share the love of jujitsu where he is also her instructor.

As a partner John exceeds tremendously. He's a very hard worker, never missing days and *always taking overtime so it allows me to work two days a week so that I am able to be at* home with Niamh for the bus before and after school as well as helping her with homework. Not having him home with us would not only be devastating but it would be a financial burden on us including his three older children which he helps as well.

John and I have a great relationship, he is my best friend. In the past thirteen years we've been together he's always treated me with respect as a woman and mother of his child. I can't imagine my life without him.

I hope this letter gives you a little insight into what a truly amazing man he is from being a partner, father and hard worker.


Thank you for your time,

Tiffany Lane

Case 1:24-cr-10074-WGY   Document 49-1   Filed 04/04/25   Page 2 of 14

Dear Judge,

My dad is a true testament to hard work and dedication. For decades, he's been a steadfast member of the construction union, pouring his energy into every project, no matter the challenges. Through long days, ranging from scorching to freezing he's always shown up, not just to build structures but to build a future for his family.

But beyond being a hard worker and provider, my dad is the rock for our family. He is the person everybody goes to for advice, guidance, wisdom and love. He is always there no matter what.

My father is also an exceptional member of our community. He is a trusted neighbor who always lends a helping hand, a soccer coach, a jujitsu instructor, a church leader, and a mentor for any and all. He is committed to giving to others above his own needs always.

I know that no one is perfect, and I understand that you must weigh every aspect of his case carefully. But I ask that you also consider the man outside of this courtroom—

the father who has devoted his life to his family, the worker who has built his life with honesty and labor, the man who has given more to this world than he has ever taken. He is the best father that I could ever ask for. Everybody who meets him falls in love with him for his kind compassionate heart and selfless nature. He has taught me everything I know in this life and is responsible for the person I am today. Our life is complete with him present and I pray that you show him mercy.

Thank you for your time and consideration.

Sincerely, Madison.

**To Whom It May Concern,**

My name is Avery Murphy, I am 22 years old, and my father is John Murphy. My dad was always a deeply involved and loving father. Growing up, my dad was not just a father—he was everything. He was the one who cheered the loudest at our sports games, the one who stayed up late helping me with school projects, and the one who brushed my hair every morning before school. His love for us was unconditional and unwavering. When I was around 10 years old, my parents separated, but that never had any negative impact on my relationship with my dad. He continued to show up for us every single day, taking us to school, playing with us outside, and providing the emotional support we needed. He was our rock and still is.

As for our pets, we grew up with several dogs, and they were always treated with the utmost care and love. My dad took great pride in making sure they were well taken care of—whether it was feeding them, making sure they were healthy, or spending time with them. These dogs were not just animals to us; they were family. I have so many cherished memories of playing with the dogs, taking them on walks, and simply bonding with them alongside my dad. The love and attention he showed them were a reflection of his character—a man who is kind, patient, and nurturing.

I know the kind of person my father is, and it is truly heartbreaking to see him portrayed in a way that does not reflect the man I know him to be. In the 22 years I have been alive, I have never once witnessed my father mistreat or harm any of our animals. His care for them has always been nothing short of compassionate, and his actions have always been guided by love.

Right now, I've just finished my first portion of school and will be returning in a few months. My dad is the pillar of our family, the one we all rely on. My 20-year-old brother is in his first year at Sacred Heart University, and we also have a 10 year old little sister who absolutely needs her father in her life. We all depend on my dad in ways that go beyond financial support. He is the emotional center of our lives, always there with guidance, wisdom, and love. The thought of losing his presence in our lives is unbearable. We are a close-knit family, and my dad plays a central role in that aspect of all of our lives.

My family is everything to me, and my father has been the glue holding us together. The love he has given us over the years is immeasurable, and I cannot stand by while anyone tries to diminish the truth of who he is. He is a loving, responsible, and incredibly devoted man who would never harm any living being.

I feel it is important to share my perspective because I know the truth about my father, and I cannot stand by while he is unfairly portrayed. He is a loving, responsible, and caring individual who has always done his best to take care of his family and animals. Our family needs him, and I hope that you will take this into consideration when reviewing the situation.

Thank you for your time and understanding. Please do not hesitate to reach out if you require any further information or clarification.

Sincerely,
Avery Murphy

I am writing this letter to express how much my dad means to me and my family. He has always been a constant source of support in my life, encouraging me to stay focused on my goals and helping me through difficult times. I'm currently a freshman in college, where I also play football, and my dad has been one of my biggest motivators. He's the one who pushed me to work hard both in school and on the field, and I wouldn't be where I am today without his guidance and support.

Growing up, my dad always made sure that my siblings and I had everything we needed. He not only provided for us financially but also made sure we felt loved and cared for. He's been there for every big moment in my life, cheering me on at games and helping me stay on the right path. Even now, while I'm away at college, he checks in regularly to see how I'm doing and offers advice when I need it.

My dad plays such a big role in our family, and without him, things would be a lot harder for all of us. I know that he truly cares about making sure that we succeed and that we stay connected as a family. I hope you will take into consideration how much he means to us and the positive impact he continues to have in our lives.

To whom it may concern,

My name is Angelo Graffeo and I am the President of Jackson Glass. We are a union Glass company in the Boston area and I have had the pleasure of working with John Murphy for close to a decade now.

John has woven himself into the fabric of our team and is an integral part of our company. He has worked himself into a leadership role as a foreman assigned to our most difficult and high profile projects. Not only is John an asset due to his extensive knowledge of our trade, his real worth is in how John manages the men and women around him. John has the ability to rally his crew to work smart, safe and efficient while also balancing the their moral. As problems at the job sites increase, obstacles occur and schedules change, John adapts with a confident calm that flows down to all his colleagues. This does not go unnoticed to our customers, as John is our most highly requested foreman. His presence onsite gives our customers the confidence that Jackson Glass will persevere through whatever challenges arise.

Over the past 10 years, John has become more than just a coworker. We have become friends and our family has become close. I have had the pleasure of seeing John and his family at Christmas, New Years, Memorial Day parties and ect. I have witnessed, first hand, the bond John and Tiffany have with their daughter, Niamh. I look forward to hearing the stories about his son, Seamus, and his rising football career. I hear the pride in John's voice when he talks about his honor students Avery and Madison. John has built a beautiful family.

Lastly, I would like to state that my family and I are blessed to have a dog that John bred. A few years ago, John knew we were looking for a good family pet and he suggested waiting for one of his recent litters. At first, my wife and I did not think that a pitbull was a good idea. John explained that his dogs are bred to not be aggressive and they have a history of being great family dogs. Myself and my kids went to John's house and picked out an adorable puppy. My kids named him Buddha. Buddha is the most kind and gentle dog. He has never been aggressive towards another dog nor human. Buddha's best friend is a much smaller dog across the street in which Buddha takes great care to not hurt while playing.

In conclusion, I can attest to John's character in all three phases of his life: career, family, and as a dog breeder. I feel proud to have written this letter.

Sincerely,

Angelo Graffeo

April 1, 2024

To The Honorable Judge Hennessy,

We are writing on behalf of our friend, John Murphy. We have lived next door to him and his family for five years and could not have hand-picked a better neighbor. John has always been kind, polite and helpful. Since we are in our 70's, it's a great relief to have such a person always willing to help and check to be sure we are fine. He is level headed and always calm.

Our property abuts with John's. There are no fences and we have never seen any aggression from his dogs or any mistreatment of his dogs, in any way. They were well behaved and well looked after.

We have a ten-year-old granddaughter who has spent a lot of time over the past five years with John's youngest daughter. She loves playing at their house, both inside and out. John always took the kids with him when he walked his dogs. She loved those times and really misses them. There was never a sense of danger but quite the opposite. We always felt secure when she was with John. She is our only grandchild and not ever would we allow her to associate with anyone who we even
remotely felt would pose a danger.

His love of animals just does not coincide with the current narrative we are hearing.

With what we have very closely observed over the years, we know John to be a wonderful family man and a trusted friend. Kindly take this under consideration as we care a great deal for John Murphy.

Respectfully yours,

Kevin and Ann Delaney
958 East Washington Street
Hanson, MA 02341

Bible Baptist Church
1131 Main St.
Hanson Massachusetts
(617)653-3113

Honorable Judge Hennessy,

Regarding John Murphy, I have known John Murphy for approximately 12 years.
John is a kind, loving family man dedicated to his four children and partner Tiffany. He is a hard worker, committed to his career as a union glazier foreman.
John has been faithful to our church as well as committed to teaching Brazilian jujitsu to the adults and children at Daniel Gracie Academy. He is very loyal and I feel very lucky to know John personally and professionally. I have been to John's home on many occasions for dinner, holidays and family events. His property and home have always been clean and well-maintained including his kennels. As for his dogs they are well cared for, well-maintained, healthy and extremely friendly and outgoing with great personality's. I have never seen John act out of character in anyway, always playful with the dogs, and especially his 9yr old daughter who also competes in jujitsu with him. John is a man that is well respected and loved in the community and the church as well as the jujitsu academy. He is a great role model as well for both classes he teaches. I would like you to strongly take into consideration that John is no danger to himself, family or community, in fact the complete opposite. He is a valued and integral part of many people's lives in a positive way.

Pastor, Michael Fernandez,
Senior Pastor of Bible Baptist Church

Law offices of
# JOSEPH L. GRIMALDI, LLC

Joseph L. Grimaldi, Esq.

**365 Turnpike Street**
**South Easton, MA 02375**
   **(508) 535-5555**
**Fax (508) 238-9191**

April 2, 2024

Re: John Murphy

To Whom It May Concern,

It is with great pleasure that I write a letter of recommendation for my good friend John Murphy.

I have known John for the past 10 years as we both attend the same Church and also are actively involved in Martial Arts, specifically Brazilian Jui Jitsu.

John is a great person, leader, and coach and have observed him and his day-to-day activities for the past 10 years. He is a great father, worker, and role model and literally all he does is go to work, train, and go home to his family. I have never observed him to act out of character, swear, get angry, or ever present any sort of threat to anyone.

He is well respected in his community and cannot say enough good things about him

Thank you for your cooperation in this matter. If you have any further questions please contact myself anytime.

Sincerely,

Joseph L. Grimaldi, Esq.

Honorable Judge Hennessey,

I'm writing on behalf of John Murphy of 944 East Washington Street in Hanson, MA. I first met John shortly after John, Tiffany, and Niahm moved into their home across the street from mine in 2018 a little over five years ago now. Tiffany and I quickly discovered that we both shared a lot in common and have grown from neighbors to close friends since then. As a result, I often interact with John while waiting for our children's school bus, at school-related events, and also in general as friendly neighbors. Our children often play together (typically several times per week, year around).

As parents, I know that John and Tiffany are passionate about teaching, their daughter Niahm important life principles such as having manners, kindness, friendship, accountability, safety and honesty, just to name a few and I am confident that under their care, Niahm will grow up to be an upstanding member of society. This is also true for John's children from a previous marriage.

John is a hard working father and provides for those he loves and cares for including all of his children. He has made it a point to participate in school and sports events and has even coached Niahm's soccer team in the past. We have talked many times about various subjects including family dynamics, caring for family members, work ethic, and, of course our love of dogs. He has always demonstrated the importance of taking care of yourself and others and has even offered to help my in-laws and other members of the neighborhood many times.

Because of what I have learned about Tiffany and John over the years, I have felt nothing but confidence and trust in their ability to care for my children when they have been with them. Trusting other people with our children has not come easy to my husband and I. My children have spent time in their yard, in their home and they have taken my children with them for walks, with and without the dogs, around the neighborhood. My husband and I always feel confident that our children are safe and well taken care of when they are with them and my children have never said anything remotely concerning after spending time with them. I, too, have been inside their home many times.

Having worked at a prestigious and well-known veterinary hospital for over 22 years, I feel compelled to add that I understand the intricacies of animal behavior and I have learned ways to recognize various signs of neglect and abuse among many other facets related to the care and well-being of animals. I have always felt that John and Tiffany have always had their pets' best interest at heart. They have always provided a loving home and the care and attention that every animal deserves. In my opinion, they have also demonstrated responsible pet ownership insuring safety for both the pets and the people around them; myself and my children included. I have personally met several dogs in their care throughout the years and I haven't seen any behavioral or physical concerns making me question them as pet owners in anyway. Furthermore, their yard is wide open and not blocked in any way so it is easy, as a neighbor directly across the street and often frequenting the house next to them (due to my in-laws being there), to see if anything questionable could have been taking place and I have never seen anything of the sort.

In closing, I feel lucky to know John and Tiffany as friends, great parents, and excellent neighbors. I admire John for his care and attention to his sons and daughters. John and Tiffany are patient, understanding and always work hard to set a good example for their daughter, Niahm, John's children from a previous marriage and for those around them. I hope that my letter will help in providing

additional context as to John's character. Please feel free to contact me for any further information. Thank you for your consideration.

Sincerely,


Christy Hunter
Christy.hunter78@gmail.com
781-264-3934

Tuesday, April 2, 2024

Honorable Judge Hennessy,

My Husband and I met John Murphy approximately 6 years ago when he, Tiffany and his daughter moved ito the house next to ours. Over the years we have become friends. We have had pool partys, barbecues, and sitting around the firepit making smores with the kids. Never have we questions John's character.

As our properties abuts we see John and Tiffany working out in the yard *every weekend in the nice weather. John is alway ready to lend a hand if* we need anything. My grandkids spend a lot of time at Johns house playing with Johns daughter. I have watched John while he was training his dogs to commands like come, sit stay ect. I have taken notes to use on my own puppies. John was going to start helping my son and I start training the puppies we just got. My grandkids have played with Niahm and her dogs, my grandson has taken the dogs for walks with Niahm and John. Never have I questioned weather or not he was safe or not.

We trust John and Tiffany enough to give them keys to use the pool whenever they want weather we are home or not. As I have said our yards are connected we can see right through Johns yard and into the neighbor's on the other side. Never have seen anything suspicious or shady going on over there. I would have no problem letting my dogs go over to him to train, I also would trust John to take my dogs for walks.

If you need anything more from My Husband, son or myself please call us.

781-826-9773 Thank you for your time.


Sarah, Jeffrey and Christopher Hunter

928 East Washington St. Hanson Ma 02341

1

Raul Monteiro
86 Snell Ave
Brockton MA 02302
(781) 910-4023

April 1, 2024

To The Honorable David H. Hennessy,

My name is Raul Monteiro and I am a Union Glazier in local 1044 Boston. I am a loving husband and father of two. I first became acquainted with John Murphy in our Glazier apprenticeship program in 2013. Not long after our apprenticeship concluded John started working at Jackson Glass along with me. We have been co-workers and good friends ever since.

I remember many times after work he would drive 40 plus minutes out of his way to watch his son play high school football. There were plenty of times I would invite him over on the weekends and he would choose instead to spend time with his son performing drills on a field or go to the gym to lift weights together. Today he can proudly say his son has a scholarship to play football at a division 1 school. John was big part of that accomplishment.

John and I were on the Encore casino project for approximately one year together. During that time we had a coworker that could not afford new boots, but he really needed a pair. John had an extra pair and offered to sell them to him at less than half price. After taking the boots he was having trouble actually paying for them. John, in a gesture of kindness told him to forget about the money and just keep the boots.

I was considering a puppy for my daughter about 5 years ago for Christmas. After talking to John about it I decided to get one of his dogs. I specifically asked him for a small female that was very sweet, and that is exactly what he gave me. She has been the most amazing addition our family could have ever asked for. We named her Kiki and she is smart, obedient, and as sweet as can be. She always gets compliments on her behavior.

I was shocked and disheartened to hear the news of his legal troubles and I could continue on with examples of how much he is loved and needed by his family and friends. However, in the interest of brevity I will conclude as such. John Murphy is hardworking, dependable, and kind hearted. He is a great partner and provider to his girlfriend Tiffany with whom he has a young daughter in elementary school. John is an amazing father to his daughter with Tiffany and two daughters and son from a previous marriage.

Your honor, please consider this in relation to all matters of this case. Thank you for your time.

Sincerely,

Raul Monteiro

March 31, 2024

Harold D. Donohue Federal Building and United States Courthouse
595 Main Street
Worcester, MA 01608

Your Honor,

My name is Kara Delaney, I am a small business owner in Scituate, MA, and my partner, Zachary Seegers, is the Dean of Students at Boston Renaissance Charter Public School. We are writing to you on behalf of our friend, John Murphy. I first met John over 5 years ago when he moved into his current home next door to my parents. From day one, it was clear to see that he is a family man and his children bring him a tremendous amount of pride and joy. He is very close with each child and keeps us updated on their individual achievements and upcoming endeavors. My niece, who is our world, is the same age as John's youngest daughter and they have become great friends over the years. He is always more than willing to watch the girls when she is visiting so they can play together. He will take them on walks/hikes with their dogs, has brought her on family weekends away and, in general, is very welcoming to her. We have always felt 100% comfortable with my niece being in John's care and around their dogs, as it has always been abundantly clear that, next to his family, his dogs mean everything to him. We have been in his home and around his yard countless times over the years and, without a doubt, it is clear they are his babies. My niece, who doesn't have pets of her own, is also an animal lover. She will talk for days after being at the house of her stories with their pet bunny, the dogs and it makes us laugh that they think they are lap dogs. I cannot stress enough how much trust and confidence we have in John as a friend, a caregiver and a neighbor. He also provides a level of solace in our lives that he may not fully realize. My parents are elderly but still try to complete all the household tasks, despite no longer being as safe or even possible for them, as they once were. It takes an awful lot for my parents to ask for help, but they have started to realize they need it. On those occasions where they need assistance and we aren't able to be there, John is always available to lend a helping hand. No questions asked, no lapse in time… he is just there for them. From a concerned daughter's perspective and a friend's perspective, I can't imagine a greater gift than knowing someone is looking out for my family. John is always available to lend an ear in good times and in bad and has proven time and time again to be an attentive listener and always provides solid, well thought out advice. For those of us lucky enough to be in his life, he provides guidance when and where it is needed and is our biggest cheerleader…qualities you can only hope to have in a close friend.

We are asking that you please consider our words when making your determination regarding John.

Thank you in advance for your time and consideration.

Sincerely,

Kara Delaney & Zachary Seegers
335 Rockland Street
Hingham, MA 02043